UNITED STATES OF AMERICA
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

MARK HOLLIER                                CIVIL ACTION NO. 6:04-2517

VS.                                         JUDGE MELANÇON

COMMISSIONER OF SOCIAL
SECURITY                                    MAGISTRATE JUDGE HILL

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision be REVERSED, and the claimant be awarded appropriate benefits for the period of September 1, 1986 through October 31, 1987.

Lafayette, Louisiana this 30th day of January, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE